```
RUTAN & TUCKER, LLP
Michael Adams (SBN 185835)
madams@rutan.com
Proud Usahacharoenporn (SBN 278204)
pusaha@rutan.com
Briana Fitzpatrick (SBN 301824)
bfitzpatrick@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035
```

Attorneys for Defendants Madonna Louise Ciccone, MGHCandy, LLC, Guy Oseary, and Epic Rights, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD CANDY, LLC, a Florida limited liability company,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MADONNA LOUISE CICCONE, an individual; MGHCANDY, LLC, a Delaware company; GUY OSEARY, an individual; and EPIC RIGHTS, INC., a California company,<br><br>　　　　Defendants. | Case No. 2:15-cv-4696<br>Assigned for all purposes to Honorable Dale S. Fischer<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed: June 19, 2015<br>Trial Date:         None Set |

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff Hard Candy, LLC, on the one hand, and defendants Madonna Louise Ciccone, MGHCandy, LLC, Guy Oseary, and Epic Rights, Inc., on the other hand, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). All parties to bear their own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2015 | RUTAN & TUCKER, LLP |
| 2 | | |
| 3 | | By: /s/ Michael Adams |
| 4 | | Michael Adams<br>Attorneys for Defendants Madonna Louise Ciccone, MGHCandy, LLC, Guy Oseary, and Epic Rights, Inc. |
| 5 | | |
| 6 | | |
| 7 | Dated: October 5, 2015 | COFFEY BURLINGTON |
| 8 | | |
| 9 | | By: /s/ Gabriel Groisman |
| 10 | | Gabriel Groisman<br>Attorneys for Plaintiff Hard Candy, LLC |

2314/032357-0002
9029267.1 a11/05/15

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE